AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | **Case No.** |
| Andrea Shelitia Sawyer | ) | |
| & | ) | 1:17-mj-00099-JCG |
| Terrance Bernard Williams | ) | |
| | ) | |

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV -2 2017

ARTHUR JOHNSTON
BY_____ DEPUTY

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 31, 2017_____ in the county of _____Harrison_____ in the

_____Southern_____ District of _MS, Southern Division_ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, methamphetamine, a schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Elder, SA HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/02/2017_____

_____
*Judge's signature*

City and state:        Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
_____
*Printed name and title*

AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF HARRISON



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV -2 2017

ARTHUR JOHNSTON
BY_____ DEPUTY

I, Jason Elder, being first duly sworn, hereby depose and say that:

1.      I am a special agent with the Department of Homeland Security, Homeland Security

Investigations (HSI) and have been since May 2007.  As a Homeland Security Investigations special

agent, I have attended training courses which provided specialized training in the area of immigration

and immigration related fraud.  Prior to my present employment, I was employed by United States

Customs and Border Protection in Gulfport, Mississippi and was employed by the Harrison County

Sheriff's Department, Gulfport Mississippi.  During the course of my law enforcement employment,

I have been involved in various types of criminal investigations including but not limited to

homicide, burglary, and fraud

2.      On October 31, 2017, Homeland Security Investigations (HSI) Special Agent

Jason Elder and Mississippi Bureau of Narcotics Agent Justin Strahan received information

about the distribution of methamphetamines in Mississippi from Mobile HSI Border

Enforcement Security Task Force Agents Jamal Dozier and Ron Moody.  Mobile Agents advised

they had received information from a source of information (SOI) that Andrea Shelitia SAWYER

and Terrence Bernard WILLIAMS were distributing methamphetamines in the Biloxi,

Mississippi area.

3.      On October 31, 2017, SA Elder, SA Dozier, MBN Agent Strahan and Mobile

Narcotics Agent Moody conducted an interview of the SOI. The SOI stated that he/she purchases six

(6) ounces of methamphetamine from SAWYER and WILLIAMS every two days for $3,150.00. The SOI stated SAWYER and WILLIAMS live at 273 Benachi Ave, Biloxi, Mississippi.

4.      The SOI stated Antonio ROSS a/k/a "Tone" is the supplier of methamphetamines to SAWYER and WILLIAMS. The SOI stated that ROSS lives in Atlanta, Georgia and comes to Biloxi, Mississippi once a month to meet with WILLIAMS and SAWYER.

5.      The SOI stated the he/she and SAWYER didn't discuss anything about drugs over the phone or on text messages.  The SOI would tell SAWYER the SOI was on the way and SAWYER would advise the SOI to call when the SOI was close.  The SOI advised that the SOI was always "fronted" six ounces of methamphetamines and the SOI would pay $3,150.00 to SAWYER in two days.  At this time, SAWYER would give the SOI another six ounces of methamphetamines. The SOI stated it was an understanding between the SOI and SAWYER that the SOI would pay for the "fronted" methamphetamines, and in return, the SOI would receive another six ounces.  The SOI stated the SOI would have the money in a camouflage small metal box and would give that box to SAWYER.  The methamphetamines would be in a black cardboard phone box and SAWYER would give that box to the SOI.  The SOI stated the next time they met they would exchange the same two boxes.

6.      On November 1, 2017, the SOI contacted SAWYER and advised SAWYER the SOI was leaving Mobile, Alabama to come to Mississippi, SAWYER advised the SOI that SAWYER was currently working and to call her when the SOI was close. At approximately 1:30 p.m., the SOI called SAWYER and advised SAWYER that the SOI was in Biloxi, Mississippi.  SAWYER advised the SOI to come to the Nike Outlet Store in Gulfport, Mississippi and when she was close to the store to call her.  The SOI stated SAWYER worked at an unknown check cashing place somewhere in Gulfport, Mississippi.  The SOI texted SAWYER "can I get two more, I have four sold already".

SAWYER replied to the text "I have 6 with me Fam, but you can go to the house and get the other 2."

7.      At approximately 2:10 p.m., SAWYER advised the SOI that SAWYER was almost at the Nike Outlet Store and about to park and she would find the SOI. MBN Agent Strahan provided the SOI with $3,150.00 of state funds. The SOI placed the $3,150.00 dollars in the camouflage box. At approximately 2:20 p.m., SAWYER arrived in a silver Hyundai Sonata. The SOI got out of the SOI's vehicle and went to the front driver's side of SAWYER'S vehicle.  The SOI handed SAWYER the camouflage box at which time SAWYER handed the black box to the SOI.  At this time agents approached the SOI and SAWYER and placed both in handcuffs, located the camouflage box with the $3,150.00 in the passenger seat of SAWYER's vehicle. The black box with six ounces of methamphetamines was located in the driver's seat of the SOI's vehicle.  The black box contained 168 grams of methamphetamines.

8.      While HSI and MBN agents were conducting the aforementioned actions, Biloxi Police Department and Customs and Border Protection officers maintained surveillance of 273 Benachi Ave, Apartment B, Biloxi, Mississippi.  During this time a black male later identified as TERRENCE WILLIAMS left the residence and went to an unknown apartment complex and then to a medical office.  When WILLIAMS left the medical office, Biloxi Police Department officers and Mississippi Bureau of Narcotics agents detained him.

9.      Agent Strahan obtained a state search warrant for 273 Benachi Ave, Apartment B, Biloxi, Mississippi.  Judge Albert Fountain issued a search warrant for the aforementioned residence. During the search of the residence approximately 42 grams of methamphetamines were discovered in a cracker box on top of the refrigerator.  Approximately 308 grams of marijuana was located in a cabinet in the kitchen.  Currency was located in a syringe box, under a pillow on the couch, in a vase

and in a bedroom in the amount of $11,741.00. A stolen Rossi 38 special revolver (serial CU96014) was located in the kitchen closet. Both WILLIAMS and SAWYER are convicted felons. The methamphetamine located in the black box and at the house was field tested, and it tested positive for the presence of methamphetamine.

10.     Both WILLIAMS and SAWYER were advised of the rights per Miranda, at which time they refused to give a statement.

11. Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that Andrea Shelitia SAWYER and Terrance Bernard WILLIAMS have violated Sections 846, Title 21, United States Code, conspiracy to possess with intent to distribute.

_____

JASON ELDER, Special Agent
Department of Homeland Security
Homeland Security Investigations


Sworn and subscribed before me the _____ day November, 2017.



_____
UNITED STATES MAGISTRATE JUDGE